Form cl7no (02/2008)

**UNITED STATES BANKRUPTCY COURT**

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:

Denise V Schwartz

Case Number: 07–14014–TTG
Chapter: 7

Debtor(s).

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge because the debtor(s) did not file a Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management.

**If the debtor(s) files a Motion to Reopen the Case to file the missing certificate(s), a reopening fee is due.**

Dated: <u>April 17, 2008</u>

Mark L. Hatcher
Clerk of the Bankruptcy Court

By: <u>Suying Luu</u>
Deputy Clerk

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0981-2          User: suyingl              Page 1 of 1              Date Rcvd: Apr 17, 2008
Case: 07-14014                Form ID: cl7no             Total Served: 3

The following entities were served by first class mail on Apr 19, 2008.
db          +Denise V Schwartz,    21212 48th Ave Apt B,    Mountlake Terrace, WA 98043-6405
cr          +First Franklin Financial Corp,    c/o Karen l Gibbons,    3409 McDougall Ave #101,
              Everett, WA 98201-5040
sr          +Laurelwood Condominium Owners Association,    c/o Regina Footh,    Windermere Property Mgmt,
              7100 Evergreen Wy #A,    Everett, WA 98203-5168

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 19, 2008          Signature: *Joseph Speetjens*